## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WAYNE MOORE AND KIMBERLY MOORE,** | **CIVIL ACTION** |
| **Plaintiffs,** | |
| **v.** | **NO.  14-3113** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | |
| **Defendant.** | |

## O R D E R

  **AND NOW**, this 3rd day of February 2015, upon consideration of Defendant State Farm Fire and Casualty Company's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and the response thereto, it is hereby **ORDERED** that the motion is denied in part and granted in part.  It is **ORDERED** that Defendant's request to dismiss paragraph 39 of the Complaint is **DENIED**.  It is further **ORDERED** that Defendant's Motion to Dismiss Count III of the Complaint is **GRANTED**.  Count III is hereby **DISMISSED WITH PREJUDICE**.

      **BY THE COURT:**

      **/S/ WENDY BEETLESTONE, J.**

      _____
      **WENDY BEETLESTONE, J.**