IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE MOORE AND KIMBERLY MOORE, | CIVIL ACTION |
| Plaintiffs, | |
| v. | NO. 14-3113 |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

# O R D E R

**AND NOW**, this 30th day of September, 2015, **IT IS ORDERED**[1] that:

1. Upon consideration of Defendant State Farm and Fire Casualty Company's ("State Farm") Motion in Limine to Preclude Report and Testimony of Paul Maher [ECF No. 48], Plaintiffs Wayne Moore and Kimberly Moore's ("the Moores") Response in Opposition thereto [ECF No. 55], and State Farm's Reply in support thereof [ECF No. 57], the Motion is hereby **GRANTED**.

2. Upon consideration of Defendant State Farm's Motion in Limine to Preclude Report and Testimony of INX Tech Corp/John Cavanaugh [ECF No. 49], the Moores' Response in Opposition thereto [ECF No. 53], and State Farm's Reply in Support thereof [ECF No. 60], the Motion is hereby **GRANTED**.

3. Upon consideration of Defendant State Farm's Motion in Limine to Preclude Report and Testimony of Brian Kelly and Brian Kelly Home Remodeling [ECF No. 50] and the Moores' Response in Opposition thereto [ECF No. 56], the Motion is **GRANTED**.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

_____
**WENDY BEETLESTONE, J.**

---

[1] At the telephonic conference on September 29, 2015, the parties agreed to waive *Daubert* hearings. Accordingly, the Motions have been decided based on the parties' written submissions.